■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD A., Appellant. [960 NYS2d 684]—Appeal from an adjudication of the Cattaraugus County Court (Larry M. Himelein, J.), rendered October 17, 2011. Defendant was adjudicated a youthful offender.

Now, upon reading and filing the stipulation of discontinuance signed by defendant on November 11, 2012 and by the attorneys for the parties on December 10 and December 14, 2012,

It is hereby ordered that said appeal is unanimously dismissed upon stipulation. Present—Centra, J.P., Fahey, Carni, Lindley and Whalen, JJ.